PROB22
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*): 2:23CR00401-001 | | |
|---|---|---|---|
| | DOCKET NUMBER (*Rec. Court*): 2:25-cr-00033-RFB-NJK | | |
| NAME AND ADDRESS OF SUPERVISED PERSON:<br>**Banuelos, Raul Jr.**<br>Las Vegas, Nevada | DISTRICT:<br>Southern District of Texas | | DIVISION:<br>Corpus Christi |
| | NAME OF SENTENCING JUDGE:<br>Honorable David S. Morales | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | From:<br>12/02/2024 | To:<br>12/01/2026 |

OFFENSE:

Transportation of an Undocumented Alien

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision):

Ties to the district and violation of supervision.

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Texas, Corpus Christi Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada, Las Vegas Division,</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 4, 2025
Date


United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the District of Nevada, Las Vegas Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/19/2025
Effective Date

United States District Judge