Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**February 25, 2025**

Name of Offender: **Raul Banuelos**

Case Number: **2:25CR00033**

Name of Sentencing Judicial Officer: **Honorable David S. Morales**

Date of Original Sentence: **March 26, 2024**

Original Offense: **Transportation of an Undocumented Alien**

Original Sentence: **21 Months prison, followed by 24 Months TSR.**

Date Supervision Commenced: **December 2, 2024**

Date Jurisdiction Transferred to District of Nevada: **February 19, 2025**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center. **(Special)**

## CAUSE

On July 25, 2022, Banuelos was sentenced to 32 months custody followed by three (3) years of supervised release, in the United States District Court for the Southern District of Texas case number 2:23CR00401-001 for the violation of Transportation of an Undocumented Alien.

On December 2, 2024, Raul Jr. Banuelos was released from federal custody and was placed at Mid Valley House in Edinburg, Texas, as part of the community confinement condition. Upon intake, Mr. Banuelos requested to relocate to Las Vegas, Nevada, where he had been a resident

**RE: Raul Banuelos**

Prob12B
D/NV Form
Rev. June 2014

for approximately 20 years. Mr. Banuelos's request was conditionally accepted by the District of Nevada with the added special Condition of search and seizure. Mr. Banuelos agreed to pursue a modification of his conditions of supervision as requested by the District of Nevada. As such, on January 28, 2025, he signed the Waiver of Hearing to Modify Conditions of Probation/ Supervised Release or Extend Term of Supervision, to include the search and seizure condition.

On February 3, 2025, Banuelos' supervision commenced in the District of Nevada. On February 3, 2025, Mr. Banuelos submitted a positive urine specimen for methamphetamine and admitted verbally and in writing to using the illicit substance on or about January 31, 2025. On the same date, Mr. Banuelos signed the Waiver of Hearing to Modify Conditions of Probation/supervised Release or Extend Term of Supervision to include drug testing as an additional special condition.

On February 3, 2025, the undersigned officer informed the Southern District of Texas of the above noncompliance.

On February 4, 2025, the Honorable David S. Morales of the Southern District of Texas initiated the transfer of jurisdiction and modified Banuelos' condition to include search and drug testing. Additionally, Banuelos submitted a presumptive positive urine drug screen for methamphetamine on February 13, 2025.

On February 19, 2025, Your Honor accepted the transfer in of jurisdiction in this case.

On February 19, 2025, Banuelos submitted a third positive urine specimen for methamphetamine and admitted new use to the undersigned officer.

On February 20, 2025, Banuelos reported to the probation officer to discuss his noncompliance. Banuelos signed an Admission Report and discussed that he used methamphetamine on Tuesday February 18, 2025. Mr. Banuelos is scheduled for an outpatient substance abuse treatment assessment at the vendor Crossroads on February 25, 2025.

In response to Banuelos' continued noncompliance, it is recommended Banuelos' conditions be modified to include placement at the Residential Reentry Center for a term of up to 120 days. It is believed he needs the structure the RRC provides to get him back on track with supervision requirements. Banuelos agreed to this modification as witnessed by his signature on the attached Waiver (PROB 49). This condition will enable our office to satisfy the statutory requirements to keep informed of the conduct and condition of the person under supervision and aid the person under supervision and bring about improvements in his conduct. Additionally, it will emphasize the importance of complying with all conditions, in hopes of dissuading further violation conduct.

Banuelos was informed should he secure employment, maintain abstinence, report for all drug screens, and have no further acts of noncompliance, he will be permitted to leave the RRC at conclusion of 90 days so long he has a safe and secure release plan. Our office will continue to monitor Banuelos closely.

RE: Raul Banuelos

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

*Digitally signed by Nickie Pipilakis*
*Date: 2025.02.25 14:46:13 -08'00'*

Nickie Pipilakis
United States Probation Officer

Approved:

*Digitally signed by Steve Goldner*
*Date: 2025.02.25 14:42:12 -08'00'*

Steve M Goldner
Supervisory United States Probation Officer

## THE COURT ORDERS

☐ No Action.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

-----------------------------------------------------

-----------------------------------------------------

-----------------------------------------------------

Signature of Judicial Officer

April 28, 2025
Date