Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**July 22, 2025**

Name of Offender: **Raul Banuelos**

Case Number: **2:25CR00033**

Name of Sentencing Judicial Officer: **Honorable David S Morales**

Date of Original Sentence: **March 26, 2024**

Original Offense: **Transportation of an Undocumented Alien**

Original Sentence: **21 Months prison, followed by 24 Months TSR.**

Date Supervision Commenced: **December 2, 2024**

Date Jurisdiction Transferred to District of Nevada: **February 19, 2025**

Name of Assigned Judicial Officer: **Honorable Richard F. Boulware**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 60 days. You must follow the rules and regulations of the center. **(Special)**

## CAUSE

By way of case history, on July 25, 2022, Banuelos was sentenced to 32 months custody followed by three (3) years of supervised release, in the United States District Court for the Southern District of Texas case number 2:23CR00401-001 for the violation of Transportation of an Undocumented Alien.

On December 2, 2024, Raul Jr. Banuelos was released from federal custody and was placed at Mid Valley House in Edinburg, Texas, as part of the community confinement condition. Upon

RE: Raul Banuelos

Prob12B
D/NV Form
Rev. June 2014

intake, Mr. Banuelos requested to relocate to Las Vegas, Nevada, where he had been a resident for approximately 20 years. Mr. Banuelos's request was conditionally accepted by the District of Nevada with the added special Condition of search and seizure. Mr. Banuelos agreed to pursue a modification of his conditions of supervision as requested by the District of Nevada. As such, on January 28, 2025, he signed the Waiver of Hearing to Modify Conditions of Probation/ Supervised Release or Extend Term of Supervision, to include the search and seizure condition.

On February 3, 2025, Banuelos' supervision commenced in the District of Nevada. On February 3, 2025, Mr. Banuelos submitted a positive urine specimen for methamphetamine and admitted verbally and in writing to using the illicit substance on or about January 31, 2025. On the same date, Mr. Banuelos signed the Waiver of Hearing to Modify Conditions of Probation/supervised Release or Extend Term of Supervision to include drug testing as an additional special condition.

On February 3, 2025, the undersigned officer informed the Southern District of Texas of the above noncompliance.

On February 4, 2025, the Honorable David S. Morales of the Southern District of Texas initiated the transfer of jurisdiction and modified Banuelos' condition to include search and drug testing. Additionally, Banuelos submitted a presumptive positive urine drug screen for methamphetamine on February 13, 2025.

On February 19, 2025, Your Honor accepted the transfer in of jurisdiction in this case.

On February 19, 2025, Banuelos submitted a third positive urine specimen for methamphetamine and admitted new use to the undersigned officer.

On February 20, 2025, Banuelos reported to the probation officer to discuss his noncompliance. Banuelos signed an Admission Report and discussed that he used methamphetamine on Tuesday February 18, 2025. On the same date, Mr. Banuelos signed the Waiver of Hearing to Modify Conditions of Probation/supervised Release or Extend Term of Supervision to include 120 days Residential Reentry Center (RRC) as an additional special condition. It is believed he needs the structure the RRC provides to get him back on track with supervision requirements.

On February 25, 2025, Mr. Banuelos attended an outpatient substance abuse treatment assessment at the vendor Crossroads and was recommended for Intensive Outpatient (IOP).

On February 25, 2025, the undersigned officer submitted a request to modify Banuelos' conditions to include up to 120 days placement in the residential reentry center.

On March 11, 2025, Your Honor held a hearing regarding the request for modification. Your Honor approved for RRC placement but held the condition in abeyance for 90 days. It was ordered that if Banuelos tested positive for illicit substances or missed a drug test in the 90-day period, the RRC special condition would be imposed.

Banuelos appeared to be doing well in which he was submitting negative drug tests, was able to find employment and was participating in the Hope for Prisoners employment program. He went

RE: Raul Banuelos

on to submit positive drug tests for methamphetamine on April 10, 2025, April 11, 2025, April 21, 2025, and April 29, 2025.

On April 22, 2025, the undersigned officer contacted Your Honor's chambers regarding the positive drug tests for methamphetamine and requested a signed copy of the modification for RRC placement, due to the Bureau of Prison's not accepting the referral without the Courts signature.

On April 28, 2025, Your Honor modified Banuelos conditions to include up to 120 days placement in the residential reentry center.

Banuelos missed outpatient substance abuse treatment at the vendor Crossroads on April 3, 2025, April 4, 2025, April 10, 2025, April 18, 2025, April 24, 2025, April 25, 2025, May 1, 2025, and May 2, 2025. He was on the brink of termination from the program until he attended on May 8, 2025.

On May 13, 2025, Banuelos submitted a positive drug test for methamphetamine. He admitted to the undersigned officer that he had used methamphetamine two days prior on May 12, 2025.

On May 14, 2025, Banuelos began his placement in the RRC.

On May 19, 2025, Your Honor issued a summons for Banuelos to appear for an initial appearance for revocation proceedings on June 3, 2025.

On June 3, 2025, the initial appearance for revocation proceedings was held before Your Honor in which Banuelos admitted to allegations #1 and #2 of the petition for summons. Banuelos is scheduled to appear before Your Honor for a revocation sentencing hearing on September 3, 2025, at 9:15 AM.

On June 23, 2025, Banuelos submitted a presumptive positive drug test for methamphetamine. Banuelos admitted to the undersigned officer that he had used methamphetamine while on a recreation pass from the RRC on Saturday June 21, 2025. The test was sent to the national laboratory where it was confirmed negative for methamphetamine. Due to his admission, the undersigned officer suspended Banuelos' recreation passes from the RRC for 30 days and his substance abuse treatment was increased to intensive outpatient treatment.

On July 16, 2025, Banuelos contacted the undersigned officer to inquire if he could get an extension in his RRC placement to be able to save more money to obtain his own housing and a vehicle for transportation. Banuelos' current public law placement is scheduled to expire September 10, 2025.

It is recommended Banuelos' conditions be modified to include placement at the Residential Reentry Center for a term of up to 60 days. Banuelos agreed to this modification as witnessed by his signature on the attached Waiver (PROB 49). Banuelos was informed should he continue his employment, maintain abstinence, report for all drug screens, and have no further acts of

RE: Raul Banuelos

Prob12B
D/NV Form
Rev. June 2014

noncompliance; he will be permitted to leave the RRC before the 60 days so long he has a safe and secure release plan. Our office will continue to monitor Banuelos closely.

Respectfully submitted,

Digitally signed by Nickie Pipilakis
Date: 2025.07.22 13:08:51 -07'00'

Nickie Pipilakis
Senior United States Probation Officer

Approved:

Digitally signed by Donnette Johnson
Date: 2025.07.22 12:58:54 -07'00'

Donnette Johnson
Supervisory United States Probation Officer

## THE COURT ORDERS

☐  No Action.

X  The modification of conditions as noted above

☐  Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

July 29, 2025
_____
Date